```
DARRYL KEITH JACKSON          NEWREZ
ROBIN REGINA DIFFRIENT        ATTN: BANKRUPTCY
968 MACEDONIA RD NW           P.O.BOX 10826
BROOKHAVEN, MS 39601          GREENVILLE, SC 29603

THOMAS C. ROLLINS, JR.        TILLMAN FURNITURE
THE ROLLINS LAW FIRM, PLLC    565 HWY 51 NE
P.O. BOX 13767                BROOKHAVEN, MS 39601
JACKSON, MS 39236

AFFIRM, INC.                  WFC
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
650 CALIFORNIA ST             P.O.BOX 6429
FL 12                         GREENVILLE, SC 29606
SAN FRANCISCO, CA 94108

BANKPLUS
ATTN: BANKRUPTCY
385A HIGHLAND
COLONY PRKWY
RIDGELAND, MS 39157

BHK FINANCIAL
1921 S ALMA SCHOOL RD
MESA, AZ 85120


CONCORA CREDIT
GENESIS FS CARD SERV
PO BOX 4477
BEAVERTON, OR 97076


CORNERSTONE
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005


CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113


EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016
```