## IN THE UNITED STATES BANKRUPTCY COURT
## FOR SOUTHERN DISTRICT OF MISSISSPPI (Jackson-3 Divisional Office)

| | |
|---|---|
| IN RE:   Darryl Keith Jackson<br>*aka* Darryl K Jackson<br>Robin Regina Diffrient<br>*aka* Robin Diffrient | CASE NO.  26-00598-KMS |
| DEBTORS | CHAPTER 13 |

### NOTICE OF APPEARANCE

Comes now SARAH DUNAGAN LABOSIER, an attorney authorized to practice in this Court, and files her notice of appearance on behalf of NEWREZ LLC, AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R4, pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure.  Please direct all future notices to which NEWREZ LLC, AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R4, is entitled to the address below.

Dated this 12th day of March, 2026.

| | |
|---|---|
| OF COUNSEL:<br>PADGETT LAW GROUP<br>6267 Old Water Oak Road<br>Suite 203<br>Tallahassee, FL 32312<br>850-422-2520<br>Sarah.Labosier@padgettlawgroup.com | BY:   /s/ Sarah Dunagan Labosier<br>SARAH DUNAGAN LABOSIER<br>MS Bar No. 103522<br>Attorney for Creditor |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorney of record for Debtors, Thomas Carl Rollins, Jr, trollins@therollinsfirm.com, the Trustee of record, David Rawlings, ecfnotices@rawlings13.net, and U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, electronically through the Court's electronic filing system.

Dated this 12th day of March, 2026.

/s/ Sarah Dunagan Labosier
MS Bar No. 103522
SARAH DUNAGAN LABOSIER