Certificate Number: 17082-MSS-DE-040769875

Bankruptcy Case Number: 26-00598



17082-MSS-DE-040769875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2026, at 4:12 o'clock PM MST, DARRYL K JACKSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   March 23, 2026                         By:     /s/Orsolya K Lazar

                                                Name:   Orsolya K Lazar

                                                Title:   Executive Director