Certificate Number: 17082-MSS-DE-040769876

Bankruptcy Case Number: 26-00598



17082-MSS-DE-040769876

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 23, 2026</u>, at <u>4:12</u> o'clock <u>PM MST</u>, <u>ROBIN R DIFFRIENT</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>March 23, 2026</u>          By:      <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>