### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**IN RE:**
**Darryl Keith Jackson**                                        **CASE NO. 26-00598-KMS**
*aka* Darryl K Jackson                                          **CHAPTER 13**

**Robin Regina Diffrient**
*aka* Robin Diffrient
     **Debtors.**

### OBJECTION TO CONFIRMATION

**COMES NOW**, Exeter Finance LLC.**,** by and through its attorneys, McPhail Sanchez, LLC, and objects to confirmation of the Debtor's proposed Chapter 13 Plan and in support thereof states as follows:

1.      On May 15, 2025, Darryl Jackson ("Debtor") entered into a Retail Installment Sale Contract ("Contract") with Pine Belt Imports of Brookhaven LLC, simultaneously assigned to Exter Finance LLC ("Creditor"), for the purchase of a 2022 Chevrolet Silverado 1500, VIN: 1GCRDAED3NZ507796 ("Vehicle"). A true and correct copy of the Contract and the Certificate of Title evidencing the lien on the Vehicle is attached hereto as Exhibit "A."

2.      The Debtors' Plan provides for the Creditor under Section 3.3.

3.      The Creditor objects to the Plan to the extent that the Plan does not contain the following language: "Movant's lien shall be retained until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under 11 U.S.C. §1328."

**WHEREFORE**, Exeter Finance, LLC, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

Respectfully Submitted this, the
16th day of April 2026.

/s/ Kent D. McPhail
Kent D. McPhail
MS Bar No 2800
Attorney for Creditor
McPhail Sanchez, LLC
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
kent@mslawyers.law

1

## CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have, on this 16th day of April 2026, served a copy of the above and foregoing Objection to Confirmation and Exhibit A to the following parties by the service method indicated:

**U.S. MAIL, FIRST CLASS POSTAGE PREPAID**
*Debtors*
Darryl Keith Jackson
Robin Regina Diffrient
968 Macedonia Rd NW
Brookhaven, MS 39601

**ECF FILING NOTIFICATION**
*Debtors' Attorney*
Thomas Carl Rollins, Jr
PO BOX 13767
Jackson, MS 39236
trollins@therollinsfirm.com

**ECF FILING NOTIFICATION**
*Chapter 13 Trustee*
David Rawlings
P.O. Box 566
Hattiesburg, MS 39403
ecfnotices@rawlings13.net

**ECF FILING NOTIFICATION**
*U.S. Trustee*
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

/s/ Kent D. McPhail
Kent D. McPhail

2