

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Darryl Keith Jackson** | **CASE NO: 26-00598 KMS** |
| **Robin Regina Diffrient,** | |
| | **CHAPTER 13** |
| **DEBTOR(S).** | |

Kent McPhail, Esq.

### ORDER SETTING SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on May 21, 2026, at 10:00 a.m. in the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt #21) issued on April 17, 2026, in the above-styled case.

##END OF ORDER##