**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  **DARRYL KEITH JACKSON and**              **CASE NO. 26-00598-KMS**
        **ROBIN REGINA DIFFRIENT, Debtors**             **CHAPTER 13**

---

**BANKPLUS' OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

---

COMES NOW BankPlus, a secured creditor, and files its Objection to Confirmation of Chapter 13 Plan ("the Objection"), and would show unto the Court the following:

1.      Debtor, Darryl Keith Jackson, is indebted to BankPlus under loan number ending 7100 ("Note 7100") which was executed on March 31, 2025.  The terms of Note 7100 require that Debtor make eleven (11) monthly interest only payments with the remaining principal, interest and any other charges due and payable on April 5, 2026.  Copies of the Note and Deed of Trust are attached hereto as Composite Exhibit "A".

2.      The payoff of Note 7100 as of April 22, 2026, is $59,812.27, consisting of $57,408.15 principal, $2,255.67 interest and $148.45 fees and costs.

3.      Note 7100 is secured by certain real property located at 968 Macedonia Road NW, Brookhaven, Lincoln County, MS 39601, as evidenced by a Deed of Trust executed by Darryl Keith Jackson and Robin Jackson, also known as Robin Regina Diffrient, dated March 31, 2025, and recorded April 7, 2025, as Instrument Number 20251669, in the land records of Lincoln County, Mississippi. Said real property collateral is more particularly described as follows:

> A parcel of land containing 7.62 acres, more or less, situated in the E ½ of the SW ¼ of the NE ¼ of Section 28, Township 8 North, Range 7 East, Lincoln County, Mississippi and being more particularly described as follows:
>
> Commencing at the NW Corner of the E ½ of the SW ¼ of the NE ¼ of said Section 28, run thence South 00 degrees 02 minutes 29 seconds West 652.22 feet to the point of beginning.
>
> 1.  Thence run South 89 degrees 52 minutes East 332.80 feet (East) along an existing fence;

1

4896-3764-5988, v. 1

2. Thence run South 89 degrees 19 minutes 48 seconds East 181.21 feet along an exiting fence;

3. Thence run South 00 degrees 16 minutes 05 seconds East 647.16 feet to the North right of way of Macedonia Road, NW;

4. Thence run a long said right of way, North 88 degrees 09 minutes 13 seconds West 188.0 feet to a right of way marker;

5. Thence run along said right of way a curve to the left the chord being North 89 degrees 43 minutes West 282.10 feet;

6. Thence run along said right of way, South 88 degrees 51 minutes 42 seconds West 47.50 feet;

7. Thence run North 00 degrees 02 minutes 29 seconds East 643.54 feet to the point of beginning.

4.     Debtors' Chapter 13 Plan lists Note 7100 as a continuing mortgage.  BankPlus would show that Note 7100 matured on April 5, 2026 and is payable in full before Debtors' Plan can be completed.

5.     BankPlus objects to confirmation of the Chapter 13 Plan because Note 7100 is not a continuing mortgage and must be paid in full over the life of the Plan.

WHEREFORE, PREMISES CONSIDERED, BankPlus prays that this Court will allow BankPlus a secured claim for the full payment of the indebtedness owed on Note 7100 to be paid in full over the life of the plan and will grant such other relief as is necessary under the circumstances.

Dated this the 23rd day of April, 2026.

BankPlus

By:  /s/ Christopher H. Meredith
    Christopher H. Meredith, MSB No. 103656
    Copeland, Cook, Taylor & Bush, P.A.
    600 Concourse, Suite 200
    1076 Highland Colony Parkway
    Ridgeland, MS  39157
    Telephone:  (601) 856-7200
    cmeredith@cctb.com
    *Its Attorney*

4896-3764-5988, v. 1

## CERTIFICATE OF SERVICE

I, LeAnne F. Brady, do hereby certify that I have this day served, via the Court's ECF system, a true and correct copy of the above and foregoing **BankPlus' Objection to Confirmation of Chapter 13 Plan** to the following:

Thomas Carl Rollins, Jr.
Debtors' Attorney
trollins@therollinsfirm.com

David Rawlings
Chapter 13 Trustee
ecfnotices@rawlings13.net

and via United States Mail, postage prepaid, upon the following:

Darryl Keith Jackson
968 Macedonia Road NW
Brookhaven, MS  39601

Robin Regina Diffrient
968 Macedonia Road NW
Brookhaven, MS  39601

Dated this 23rd day of April, 2026.

 /s/ Christopher H. Meredith
Christopher H. Meredith

3

4896-3764-5988, v. 1