MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Northern District of Mississippi

In re:    DARRYL KEITH JACKSON            Case No.: 26-00598-KMS

ROBIN REGINA DIFFRIENT

*Debtor(s)*                               Chapter: 13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, BankPlus, a Mississippi banking corporation _____, a

[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> 100% owned by BancPlus Corporation

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 04/23/2026

Attorney Signature

LeAnne F. Brady                 100793
Attorney Name                     State Bar Number

1068 Highland Colony Parkway
Address

Ridgeland, MS  39157
City, State, and Zip Code

601-898-4475          BankruptcyTeam@BankPlus.net
Telephone Number         Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**