_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    **DARRYL KEITH JACKSON**                **CASE NO. 26-00598 KMS**
    **ROBIN REGINA DIFFRIENT,**

                                               **CHAPTER 13**

        **DEBTOR(S).**

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #22) entered on

April 21, 2026, to show cause why sanctions or other relief should not be imposed for failure to

comply with the Notice to File Corporate Ownership Statement (Dkt. #21) in the above-styled

case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##