# Proceeding Minutes / Proceeding Memo

**Case #:** 26-00598          **Case Name:** Darryl Keith Jackson and Robin Regina Diffrient

**Set:** 05/21/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Exeter Finance LLC (Dkt. #19) - AGREED ORDER TO BE SUBMITTED BY MCPHAIL; CALLED IN BY MCPHAIL'S OFFICE

Objection to Confirmation filed by BankPlus (Dkt. #23) - TO BE RESET TO 6/18/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Kent McPhail to submit an Agreed Order on the Objection filed by Exeter Finance LLC [19]. Order due by 06/04/2026. The Objection filed by BankPlus (Dkt. #23) is reset to 6/18/26. Confirmation hearing removed. (mcc)