_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**IN RE:**

**DARRYL KEITH JACKSON**                                   **CASE NO. 26-00598-KMS**
**ROBIN REGINA DIFFRIENT**
    **Debtors.**                                                       **CHAPTER 13**

### <u>AGREED ORDER ON OBJCTION TO CONFIRMATION, DOC NO. 19</u>

This matter having come before the Court on Creditor's, Exeter Finance, LLC, Objection

to Confirmation, Doc No. 19 ("Creditor"), and the parties having reached an agreement prior to

the hearing on May 21, 2026, and based on the agreement of the parties it is ORDERED that the

automatic stay imposed by 11 U.S.C. 362(a) is terminated as it relates to the enforcement of the

lien held by Exeter Finance, LLC, against the property as described as 2022 Chevrolet Silverado

1500, VIN 1GCRDAED3NZ507796.  Pursuant to the agreement, the Debtors shall surrender the vehicle under the Chapter 13 plan. The fourteen (14) day Stay pursuant to Fed. R. Bankr. P. 4001(a) (4) is hereby waived.  Creditor may file an amended proof of claim after liquidation of the collateral and that claim may be allowed as an unsecured deficiency claim.

##END OF ORDER##

PREPARED AND SUBMITTED BY:

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
Attorney for Creditor
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtors
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

/s/ Samuel J. Duncan
Samuel J. Duncan
Attorney for David Rawlings
Chapter 13 Trustee
P O Box 566
Hattiesburg, MS 39403
(601) 582-5011
ecfnotices@rawlings13.net