United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-00598-KMS |
| Darryl Keith Jackson | Chapter 13 |
| Robin Regina Diffrient | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 28, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**       **Recipient Name and Address**
db/jdb       + Darryl Keith Jackson, Robin Regina Diffrient, 968 Macedonia Rd NW, Brookhaven, MS 39601-8662

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher H Meredith | on behalf of Creditor BankPlus cmeredith@cctb.com  bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kent D. McPhail | on behalf of Creditor Exeter Finance LLC bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net |
| Sarah Dunagan Labosier | on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R4 sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darryl Keith Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: pdf012 | Total Noticed: 1 |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Robin Regina Diffrient trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  DARRYL KEITH JACKSON and                    CASE NO. 26-00598-KMS
            ROBIN REGINA DIFFRIENT, Debtors                         CHAPTER 13

### AGREED ORDER REGARDING BANKPLUS'S
### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

THIS MATTER is before the Court on the Objection to Confirmation of Chapter 13 Plan (Dkt. 23) filed by BankPlus, a secured creditor in the above-captioned bankruptcy case. The Court, having considered that BankPlus and the Debtors have agreed to the relief granted herein, and being otherwise fully advised in the premises, hereby finds that the relief set forth in this Agreed Order should be granted, and further finds as follows:

1.     Debtor Darryl Keith Jackson, is indebted to BankPlus pursuant to loan number ending 7100 (the "Note"). The Note matured on April 5, 2026, and is due and payable in the amount of $59,812.27 as of April 22, 2026.

2.     The Note is secured by certain real property located at 968 Macedonia Road NW, Brookhaven, Lincoln County, MS 39601, more particularly described as follows:

1

A parcel of land containing 7.62 acres, more or less, situated in the E ½ of the SW ¼ of the NE ¼ of Section 28, Township 8 North, Range 7 East, Lincoln County, Mississippi and being more particularly described as follows:

Commencing at the NW Corner of the E ½ of the SW ¼ of the NE ¼ of said Section 28, run thence South 00 degrees 02 minutes 29 seconds West 652.22 feet to the point of beginning.

1. Thence run South 89 degrees 52 minutes East 332.80 feet (East) along an existing fence;

2. Thence run South 89 degrees 19 minutes 48 seconds East 181.21 feet along an exiting fence;

3. Thence run South 00 degrees 16 minutes 05 seconds East 647.16 feet to the North right of way of Macedonia Road, NW;

4. Thence run a long said right of way, North 88 degrees 09 minutes 13 seconds West 188.0 feet to a right of way marker;

5. Thence run along said right of way a curve to the left the chord being North 89 degrees 43 minutes West 282.10 feet;

6. Thence run along said right of way, South 88 degrees 51 minutes 42 seconds West 47.50 feet;

7. Thence run North 00 degrees 02 minutes 29 seconds East 643.54 feet to the point of beginning.

3. Under the terms of the Note, the indebtedness owed to BankPlus has matured and is payable in full before Debtors' Plan can be completed.

4. The debt is not a continuing mortgage and must be paid in full over the life of the Plan.

**IT IS THEREFORE ORDERED AND ADJUDGED** that BankPlus shall have an allowed secured claim regarding Note 7100 in the amount of $59,812.27 as of April 22, 2026 under 11 U.S.C. § 506(1)(a). Such claim shall not be treated as a continuing mortgage and must be paid in full over the life of the Plan.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtors' Chapter 13 Plan shall be amended to pay to BankPlus the full amount of its secured claim, plus 8.5% interest thereon, over the Plan period.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the Plan payments in accordance with the terms of this Agreed Order.

##END OF ORDER##

**PREPARED, AGREED TO,
AND SUBMITTED BY:**

/s/ Christopher H. Meredith
Christopher H. Meredith, MSB #103656
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158-6020
Telephone:  (601) 856-7200
Facsimile:  (601) 856-7626
cmeredith@cctb.com
*Counsel for BankPlus*

**AGREED TO BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com
*Counsel for the Debtors*

/s/ Samuel J. Duncan
Samuel J. Duncan, MSB #6234
P .O. Box 566
Hattiesburg, MS 39403-0566
Telephone:  (601) 582-5011
Facsimile:  (601) 584-9451
sduncan@rawlings13.net
*Counsel for the Chapter 13 Trustee*