United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-00598-KMS

Darryl Keith Jackson                                                              Chapter 13

Robin Regina Diffrient

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                          Page 1 of 2

Date Rcvd: May 29, 2026                 Form ID: pdf012                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Darryl Keith Jackson, Robin Regina Diffrient, 968 Macedonia Rd NW, Brookhaven, MS 39601-8662

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

Christopher H Meredith
                              on behalf of Creditor BankPlus cmeredith@cctb.com  bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

David Rawlings
                              ecfnotices@rawlings13.net  sduncan@rawlings13.net

Kent D. McPhail
                              on behalf of Creditor Exeter Finance LLC bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net

Sarah Dunagan Labosier
                              on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R4 sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com

Thomas Carl Rollins, Jr
                              on behalf of Debtor Darryl Keith Jackson trollins@therollinsfirm.com
                              jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-3                    User: mssbad                          Page 2 of 2
Date Rcvd: May 29, 2026                 Form ID: pdf012                       Total Noticed: 1

     nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

     on behalf of Joint Debtor Robin Regina Diffrient trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
     nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**IN RE:**

**DARRYL KEITH JACKSON**                          **CASE NO. 26-00598-KMS**
**ROBIN REGINA DIFFRIENT**
    **Debtors.**                                            **CHAPTER 13**

### AGREED ORDER ON OBJCTION TO CONFIRMATION, DOC NO. 19

This matter having come before the Court on Creditor's, Exeter Finance, LLC, Objection to Confirmation, Doc No. 19 ("Creditor"), and the parties having reached an agreement prior to the hearing on May 21, 2026, and based on the agreement of the parties it is ORDERED that the automatic stay imposed by 11 U.S.C. 362(a) is terminated as it relates to the enforcement of the lien held by Exeter Finance, LLC, against the property as described as 2022 Chevrolet Silverado

1500, VIN 1GCRDAED3NZ507796.   Pursuant to the agreement, the Debtors shall surrender the vehicle under the Chapter 13 plan. The fourteen (14) day Stay pursuant to Fed. R. Bankr. P. 4001(a) (4) is hereby waived.   Creditor may file an amended proof of claim after liquidation of the collateral and that claim may be allowed as an unsecured deficiency claim.

##END OF ORDER##

PREPARED AND SUBMITTED BY:

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
Attorney for Creditor
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtors
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

/s/ Samuel J. Duncan
Samuel J. Duncan
Attorney for David Rawlings
Chapter 13 Trustee
P O Box 566
Hattiesburg, MS 39403
(601) 582-5011
ecfnotices@rawlings13.net