United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 26-00598-KMS

Darryl Keith Jackson                                                                      Chapter 13

Robin Regina Diffrient

          Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                    User: mssbad                                          Page 1 of 3

Date Rcvd: Jun 02, 2026                          Form ID: n031                                      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl Keith Jackson, Robin Regina Diffrient, 968 Macedonia Rd NW, Brookhaven, MS 39601-8662 |
| 5632699 | + | BHK Financial, 1921 S Alma School Rd, Mesa, AZ 85210-3036 |
| 5637642 | + | Sarah Dunagan Labosier, Esq., PADGETT LAW GROUP, for NEWREZ LLC, AS SERVICER FOR DEUTSCHE, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5632705 | + | Tillman Furniture, 565 Hwy 51 NE, Brookhaven, MS 39601-2385 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5632697 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 02 2026 19:37:29 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5632698 | + | Email/Text: znotice@bankplus.net | Jun 02 2026 19:31:00 | BankPlus, 1068 Highland Colony Parkway, Ridgeland, MS 39157-8807 |
| 5639067 | + | Email/Text: bkinfo@ccfi.com | Jun 02 2026 19:31:00 | CCF of Mississippi, LLC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5632700 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 02 2026 19:31:00 | Concora Credit, Genesis FS Card Serv, Po Box 4477, Beaverton, OR 97076-4401 |
| 5632701 | ^ | MEBN | Jun 02 2026 19:31:03 | Cornerstone, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5632702 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2026 19:37:29 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5670132 | | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2026 19:31:00 | Deutsche Bank National Trust Company, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 5646038 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 02 2026 19:31:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5632703 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 02 2026 19:31:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5664140 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 19:37:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5632704 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2026 19:31:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 5639064 | + | Email/Text: bkinfo@ccfi.com | Jun 02 2026 19:31:00 | SCIL, INC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5651251 | + | Email/Text: bncmail@w-legal.com | Jun 02 2026 19:31:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX |

District/off: 0538-3      User: mssbad      Page 2 of 3

Date Rcvd: Jun 02, 2026      Form ID: n031      Total Noticed: 20

| Recip ID | | Date/Time | Name and Address |
|---|---|---|---|
| | | | 79602-1196 |
| 5640137 | + Email/Text: tillmanbh@aol.com | Jun 02 2026 19:31:00 | Tillman Furniture Company, Tillman Furniture, 565 Hwy 51 N, Brookhaven MS 39601-2385 |
| 5632706 | + Email/Text: bk@worldacceptance.com | Jun 02 2026 19:31:00 | Wfc, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 |
| 5645630 | + Email/Text: bk@worldacceptance.com | Jun 02 2026 19:31:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BankPlus |
| cr | | Exeter Finance LLC |
| cr | | NewRez LLC, as servicer for Deutsche Bank National |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Meredith | on behalf of Creditor BankPlus cmeredith@cctb.com  bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kent D. McPhail | on behalf of Creditor Exeter Finance LLC bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net |
| Sarah Dunagan Labosier | on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R4 sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darryl Keith Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Robin Regina Diffrient trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-3                    User: mssbad                    Page 3 of 3
Date Rcvd: Jun 02, 2026                 Form ID: n031                   Total Noticed: 20

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

**Case No.:** 26–00598–KMS
**Chapter:** 13

**In re:**

Darryl Keith Jackson
aka Darryl K Jackson
968 Macedonia Rd NW
Brookhaven, MS 39601

Robin Regina Diffrient
aka Robin Diffrient
968 Macedonia Rd NW
Brookhaven, MS 39601

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 2, 2026 (Dkt. # 35 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601–608–4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Dated: June 2, 2026

Danny L. Miller, Clerk of Court