UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
DARRYL KEITH JACKSON
ROBIN REGINA DIFFRIENT
968 Macedonia Rd NW
Brookhaven, MS 39601

CHAPTER 13 PROCEEDING:
26-00598 KMS

**MOTION TO INCREASE PLAN PAYMENT**

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtors is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtors for the following reason: DEFICIENCY CLAIM FILED BY EXETER FINANCE IN THE AMOUNT OF $15,752.18

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtors' Plan Payment to the sum of $2,492.89 per month beginning with the month of October 02, 2026.

RESPECTFULLY SUBMITTED: August 31, 2026

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

**CERTIFICATE OF SERVICE**

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtors, Debtors' Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, August 31, 2026.

DEBTORS:

DARRYL KEITH JACKSON
ROBIN REGINA DIFFRIENT
968 Macedonia Rd NW
Brookhaven, MS 39601

ATTORNEY FOR DEBTORS:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

U.S. TRUSTEE:

501 East Court Street
Suite 6-430
Jackson, MS 39201

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE