**B 2100A Form (2100A) (12/15)**

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:
DARRYL KEITH JACKSON

ROBIN REGINA DIFFRIENT

Case No. 2600598

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC
--------------------------------------------
Name of Transferee

Exeter Finance LLC
--------------------------------------------
Name of Transferor

Name and Address where notices to transferee should be sent:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 2115

Court Claim # (if known): 6
Amount of Claim: $15,752.18
Date Claim Filed: 03/31/2026

Phone:
Last Four Digits of Acct #: 2115

Name and Address where transferee payments Should be sent (if different from above)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 2115

Seller Information
EXETER FINANCE, LLC
222 West Las Colinas Blvd
Suite 1800
Irving TX 75039

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams
--------------------------------------------
Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 11/5/2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## BILL OF SALE

Exeter Finance LLC ("Seller"), for a valuable consideration, the receipt of which is hereby acknowledged, and pursuant to the terms and conditions of that certain Contracts Sale and Purchase Agreement dated October 21, 2026, ("Agreement") between Seller and Portfolio Recovery Associates, LLC ("Purchaser"), hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all right, title and interest of Seller in and to those Contracts as defined in the Agreement and listed on the related Data File named [redacted] For the avoidance of doubt, such sale, assignment, and transfer, includes, but is not limited to, the agreements/terms and conditions governing each of the Contracts.

THIS BILL OF SALE IS EXECUTED WITHOUT RECOURSE AND WITHOUT REPRESENTATIONS OR WARRANTIES, INCLUDING COLLECTIBILITY, OR OTHERWISE, EXPRESS OR IMPLIED, except as set forth in the Agreement.

**Seller: Exeter Finance LLC**

By: ______________________ Date: 10/20/26

**Mark Nerios**

Title: Executive Vice President
Address of Seller: 2101 West John Carpenter Freeway
Irving, TX 75063

**Purchaser**: Portfolio Recovery Associates, LLC

By: DocuSigned by: Leigh Bates
Name: Leigh Bates
Title: US - SVP - Americas Business Development
Address of Purchaser: 150 Corporate Blvd.
Norfolk, VA 23502

State of Texas )
) ss
County of Dallas )

The foregoing instrument was acknowledged before me this 20th day of October, 2026 by Mark Nerios, on behalf of the company.

______________________
Notary Public
Commission Expiration Date 11/26/2026

VIOLETA HAND
NOTARY PUBLIC
STATE OF TEXAS
ID 131806607
EXP. 11-26-2026

DB1/ 105523626.6